**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1095**

CHRISTOPHER WILLIAM ODEN,

        Plaintiff - Appellant,

    v.

SOCIAL SECURITY ADMINISTRATION; JUSTICE STEWART GOLDSTEIN,
Administrative Law Judge,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  David J. Novak, Magistrate
Judge.  (3:15-cv-00065-DJN)

Submitted:  June 30, 2016        Decided:  August 29, 2016

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher William Oden, Appellant Pro Se.  Jonathan Holland
Hambrick, Assistant United States Attorney, Richmond, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher William Oden appeals the magistrate judge's orders granting the Acting Commissioner's motion to remand and denying Oden's motion for reconsideration. After reviewing the record, we affirm for the reasons cited by the magistrate judge. Oden v. Soc. Sec. Admin., No. 3:15-cv-00065-DJN (E.D. Va. Oct. 1, 2015; Nov. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED